CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 0 8 2009

JOHN F. CORCORAN, CLERK
BY: /s/ Bright
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| KENNETH EDWARD BARBOUR, ) | Civil Action No. 7:09-cv-00091 |
| Plaintiff, ) | |
| ) | **FINAL ORDER** |
| v. ) | |
| ) | By: Hon. James C. Turk |
| VIRGINIA DEPT. OF ) | Senior United States District Judge |
| CORRECTIONS, et al., ) | |
| Defendants. ) | |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the plaintiff's complaint is **DISMISSED** for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 8th day of April, 2009.

/s/ James C. Turk
Senior United States District Judge